**No. 68442.**—Uni Importing Co. and Frank P. Dow Co., Inc., of L. A. *v.* United States, protest 60/23788 (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of cotton pistol belts similar in all material respects to those the subject of Abstract 64074, the claim of the plaintiffs was sustained.

**No. 68443.**—Mitsui & Co., Ltd. *v.* United States, protest 61/5304(A) (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of cotton velveteen similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.